Lori N. Brown, Esq.
Nevada Bar No. 8858
**GORDON REES SCULLY MANSUKHANI, LLP**
Two North Central Avenue, Suite 2200
Phoenix, AZ 85004
Telephone: (602) 794-3651
Facsimile: (602) 265-4716
Email:  lbrown@grsm.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Courtney Aguilar, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TLS NEVADA LLC, a Nevada Limited Liability Company,<br><br>Defendant. | **Case No.: 2:24-cv-01687-RFB-DJA**<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE DISMISSAL**<br><br>**[First Request]** |

The parties, through their respective undersigned counsel, request that the deadline to file a Stipulation of Dismissal and Proposed Order be continued for 30 days from January 17, 2025 to February 17, 2025. The parties settled this case in an Early Neutral Evaluation Session and thereafter this Court ordered that a Stipulation of Dismissal and Proposed Order be filed by Friday, January 17, 2025. (Doc. No. 14.) The parties are in the process of completing all necessary settlement paperwork but have been delayed due to the holidays. The parties therefore need additional time before filing the dismissal paperwork, including time to complete payment of the settlement amount.

This is the first stipulation for extension of time to file the dismissal.

DATED this 8th day of January 2025.

-1-

| | |
|---|---|
| **HKM EMPLOYMENT ATTORNEYS LLP** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| By: */s/ Michael Arata*<br>Michael Arata<br>*Attorneys for Plaintiff* | By: */s/ Lori N. Brown*<br>Lori N. Brown<br>*Attorneys for Defendant* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 10, 2025