1  Lori N. Brown, Esq.
   Nevada Bar No. 8858
2  **GORDON REES SCULLY MANSUKHANI, LLP**
   Two North Central Avenue, Suite 2200
3  Phoenix, AZ 85004
   Telephone: (602) 794-3651
4  Facsimile: (602) 265-4716
   Email: lbrown@grsm.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Courtney Aguilar, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TLS NEVADA LLC, a Nevada Limited Liability Company,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-01687-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

　　　Plaintiff, Courtney Aguilar, and Defendant TLS Nevada, LLC, by and through undersigned counsel, hereby stipulate to dismiss this entire action with prejudice, each party to bear their own costs and attorneys' fees

　　　DATED this 13th day of February 2025.

**HKM EMPLOYMENT ATTORNEYS LLP**　　　　**GORDON REES SCULLY MANSUKHANI, LLP**

By: */s/ Michael Arata* 　　　　　　　　By: */s/ Lori N. Brown*
Michael Arata　　　　　　　　　　　　　　　Lori N. Brown
*Attorneys for Plaintiff*　　　　　　　　　　　*Attorneys for Defendant*

IT IS SO ORDERED:

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

　　　**DATED:** This 14th day of February, 2025.

-1-

Gordon Rees Scully Mansukhani, LLP
Two North Central Avenue Suite 2200
Phoenix, AZ 85004